UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:22-cv-00109-DCR

*ELECTRONICALLY FILED*

CARLOS THURMAN                                                          PLAINTIFF

v.          **NOTICE OF WAIVER OF SERVICE OF SUMMONS**

COOKIE CREWS, ET. AL.                                        DEFENDANTS

---

Come the Defendants, Cookie Crews, Anna Valentine, Brad Adams, John Rector, Scott Gordon, Jessica Payton and Jennifer Tracy, in their official capacity only, by counsel, and hereby provides notice that service of Summons is hereby waived. A responsive pleading will be served on behalf of Defendants within 60 days from the date of this waiver.

Respectfully submitted,

*/s/ Kristin Wehking*
Kristin Wehking
Justice and Public Safety Cabinet
Office of Legal Services
125 Holmes Street, 2nd Floor
Frankfort, KY 40601
Phone: 502-564-8231
Fax 502-564-6686
KristinL.Wehking@ky.gov

and

*/s/ Edward A. Baylous II*
Edward A. Baylous II
Justice and Public Safety Cabinet
Office of Legal Services
125 Holmes Street, 2nd Floor
Frankfort, KY 40601
Phone:502-564-8231
Edward.Baylous@ky.gov

COUNSEL FOR DEFENDANTS CREWS, VALENTINE, ADAMS, RECTOR, GORDON, AND TRACY [OFFICIAL CAPACITY CLAIMS ONLY]

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, I electronically filed this document with the Court by using the CM/ECF system, which will send notice of electronic filing to:

Corey M. Shapiro
Heather L. Gatnarek
Kaili Moss
ACLU of Kentucky
325 W. Main Street
Suite 2210
Louisville, KY 40202

*/s/ Kristin Wehking*
COUNSEL FOR DEFENDANTS
